SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 09-cv-03253-MCE-JFM |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF DRY CREEK MINI BARNS, INC.; ORDER** |
| vs. | |
| Dry Creek Mini Barns, Inc., et al, | Complaint Filed:  NOVEMBER 23, 2009 |
| Defendants | **CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

     **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Dry Creek Mini Barns, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///

///

///

///

1    This case is to remain open with regard to the remaining Defendants.  Defendant (Dry

2   Creek Mini Barns, Inc.) is dismissed because this Defendant has sold the business.

3

4   Dated: January 27, 2010                    /s/Scott N. Johnson
                                               SCOTT N. JOHNSON
5                                              Attorney for Plaintiff

6

7   **IT IS SO ORDERED**.

8

9   Dated: January 28, 2010

10

11                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28